In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00303-CR**
_____

**AARON I. ARMSTRONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 21-37367**

**MEMORANDUM OPINION**

On July 26, 2022, the trial court sentenced Aaron Armstrong on a conviction for possession of a controlled substance. The trial court signed a certification in which the trial court certified that this is a plea-bargain case and Armstrong has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). Nonetheless, Armstrong filed a notice of appeal. The District Clerk provided the certification to the Court of Appeals.

On September 14, 2022, we notified the parties that we would dismiss the appeal unless the appellant established the certification was incorrect. None of the

1

parties responded to the Court's notice. Since the record lacks a certification saying that Armstrong has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 11, 2022
Opinion Delivered October 12, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.